

1

2

3

4       **The following constitutes the order of the court.**
        **Signed September 15, 2017**

5

6       

        **William J. Lafferty, III**
7       **U.S. Bankruptcy Judge**

8
                    UNITED STATES BANKRUPTCY COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12                                    |
      In re                           |
13                                    |        No. 13-45013
      Jennifer Capet,                 |
14                                    |        Chapter 13
                                      |
15                      Debtor.       |
16    _____|

17

18    **MEMORANDUM REGARDING MOTION TO WITHDRAW AS ATTORNEY**

19

20

21          On September 6, 2017, attorney for Debtor filed a *Motion to Withdraw as Attorney*

22    ("the Motion") (doc. 34). The Motion was heard on September 14, 2017. At the hearing, the

23    Court was left with the impression that counsel had served the Motion on his client, and

24    nonetheless his client opted not to appear. The Motion was granted under that necessary

25    assumption. Upon review of the certificate of service tied to the Motion (doc. 39), the Court

26    finds no evidence that the client/debtor was served.

27          THEREFORE, Debtor's counsel has five days from the entry of this memorandum to

28    file an amended certificate of service indicating that Debtor was served with the Motion (if

                                            1

such service actually occurred). Otherwise, the Court will rescind granting the Motion, and the Motion will need to be noticed on Debtor if it is to be prosecuted further.

**\*END OF MEMORANDUM\***

Case: 13-45013   Doc# 43   Filed: 09/15/17   Entered: 09/15/17 15:46:00   Page 2 of 3

## COURT SERVICE LIST

1

2 **Jennifer Y. Capet**
3706 Horner St.
3 Union City, CA 94587

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28